2:25-CV-880
#4
No IFP/FF
Related 25-cv-470 et al

Kristie White, Beneficiary

2318 Collins Rd

Pittsburgh, Pennsylvania [15235]

WhiteEOEOffice@proton.me

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Kristie White, Administrator, Real Party in Interest | Petitioner, | **FILED** |
| v. | | 6/24/2025 |
| Lisa Ciccarelli, Jennifer L. Cerce et al., | Respondents. | |

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

[Case: GD-24-014381]

**NOTICE TO CLERK OF COURT AND REQUEST FOR IN PRIVATE REVIEW**

TO: Clerk of Court
ATTN: The Honorable Mark R. Hornak
United States District Court
Western District of Pennsylvania

Pursuant to the Federal Rules of Civil Procedure and in accordance with the doctrine of judicial confidentiality, Petitioner Kristie White, Administrator respectfully submits this Notice and hereby requests that the Honorable Court review the accompanying matter in private due to the sensitive and private nature of the equity interests and protected interests involved.

This matter arises from an action Case GD-24-014381 removed from the Allegheny County Courthouse, involving allegations of infringement on federally protected rights, property held in trust, and related private equity concerns. The Petitioner respectfully contends that public disclosure of certain trust and estate details would jeopardize private interests and therefore seeks a judicial review in chambers under seal, if necessary.

Enclosed with this Notice is the Petitioner's Notice of Removal, previously filed with the Allegheny County Courthouse, outlining jurisdictional grounds under 28 U.S.C. § 1331, 1332, and 1446.

Petitioner respectfully requests that:

1. The Court accept this matter for review under its federal jurisdiction;
   2. A status conference be scheduled, if the Court deems appropriate, to address preliminary issues;
   3. The Court allow for in private presentation of trust/equity-related materials.

Respectfully submitted,

/s/ Kristie White
Kristie White, Administrator of George L. White Estate,
Real Party in Interest
June 17, 2005

Revised 02.13.2025; Effective 02.17.2025

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Kristie Ann White, Administrator Ex Rec. Michael White, George L. White Estate

**DEFENDANTS**
Jennifer L. Ciccce, Esq., Lawrence J. Maiello, Lisa Ciccarelli et.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☑ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☑ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☑ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☑ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury – Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / Pharmaceutical Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent – Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** ☐ 370 Other Fraud | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury – Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☑ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities – Employment / ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☑ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities – Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee – Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 Original Proceeding | ☑ 2 Removed from State Court |
| ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened |
| ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation – Transfer |
| ☐ 8 Multidistrict Litigation – Direct File | |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1331, 28 USC 1332, 28 USC 1446

Brief description of cause:
Removal under 28 USC 1446 – Chancellor's Eyes Only

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER GD-24-014381

DATE June 17, 2025

SIGNATURE OF ATTORNEY OF RECORD
Kristie Ann White, Administrator

**FOR OFFICE USE ONLY**

Case 2:25-cv-00880-CB    Document 1    Filed 06/24/25    Page 4 of 12

Confidential - In Chambers Submission

① Do Not File on Public Docket

Attn: Hon. Mark R Hornak

US District Court Western District of Pennsylvania

# CONFIDENTIAL CHANCELLOR'S COVER LETTER

Date: _June 17, 2025_

To: Chambers of the Honorable Judge Mark R. Hornak
United States District Court
Western District of Pennsylvania

**Re:** Private Equity Matter – Request for Review

Dear Chancellor or Presiding Judge,

I, Kristie White, Administrator of George L. White Estate, respectfully submit this correspondence for your private chambers review. This matter concerns a confidential private equity dispute involving trust interests, property rights, and administrative enforcement subject to equitable relief.

Due to the sensitive and non-public nature of this case—invoking original equity jurisdiction and constitutional protections—I respectfully request that the enclosed materials be reviewed in private and considered under the court's authority in equity.

All filings are submitted under seal and in good faith, and I seek no public disclosure of private fiduciary matters. I request an audience or response at your earliest convenience, or such other relief the court deems proper.

Respectfully submitted,

_Kristie White, Administrator_
Kristie White, Administrator of Estate
2318 Collins Road
Pittsburgh, Pennsylvania 15235
Email: WhiteEOEOffice@proton.me

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

Kristie Ann White, Administrator Ex Rel.
Michael White, George L. White Estate,

    *Complainant,*

    *Vs.*

WILKINSBURG SCHOOL DISTRICT AND
WILKINBURG BOROUGH,
Jennifer L. Cerce, Esq.- Attorney for Brungo & Maiello, LLP Firm #515,
Lawrence J. MaielloEsq.- Attorney for Maiello Brungo & Maiello, LLP Firm #515,
Lisa Ciccarelli-dba Tax Collector Borough of Wilkinsburg

    *Defendant(s).*

**Case No.:** [GD-24-014381]

### In Chambers/Chancery

To the Chancellor(s) of the United States District Court, sitting in equity. "Chancellor, Honorable Mark R. Hornak, of the city Pittsburgh, Allegheny County, in this state, humbly complaining, respectfully shows unto this Honorable Court that complainant is entitled to a full accounting and our right of relief including injunctive relief, Enforcement of Trusts and Protections and whatever this Honorable Court in Chancery deems just and appropriate.

This court has Original jurisdiction to hear all matters of an equitable nature as equity does not recognize fictions and files this Petition for Injunctive Relief and Full Accounting as its complaint.

### Beneficial and equitable interests

To the honorable Chancellor, do you see the Trust?

We are the beneficiaries, and In equity the beneficiaries are the true owners and Soley rely on our writing in personam so that nothing is assumed, presumed or forgotten. We are here today to let it be known that we are the true beneficial owners of all title, all rights, and our equitable interests belonging to our estate as we are the rightful holders of the bonded instrument(s) and commercial paper, Single-Name Paper, Double-Name Paper that has been securitized, traded, monetized and unlawfully foreclosed under an administrative pretense that deals with fictions and as is hereby stated that "Equity does not recognize fiction". We would like to clarify that motion for dismissal is not desired but the demand before this court is our entitlement to the full accounting of the trust res by and through a full forensic audit within ten (10) days from the defendant(s).

### Demand of full accounting

This demand of the accounting includes identification of trustee, custodian, ledger of record, all account statements, trust measures and custodial schedule, copies of Vic, bank identifier code, cusip numbers, Mers numbers, account numbers, etc., collateral certification and surplus instruments and records of assets, ready money, articles exchanged for credit, any pledges, bonds, "promissory notes, however, is not intended to transfer funds, but to settle debts and borrow money", drafts, bills of exchange, true "trade bills", letters of credit, open accounts, all borrowing upon any notes, credit agreements, chain of custody of original note given as an asset to borrower as an investment of trust res, Acceptances for consideration arising from the trust.

### Injunctive Relief

An administrative rule is not a statute adopted by the Representatives and it is not legally binding, it is a mere command, a mere edict. An administrative adjudication has no due process, its process comes from the court agency acting in rem which means that equity is interested in the person while common law proceeds against the subject matter., it has no jury and when non Constitutional appointed Administrative law Judges go out of their way to enforce these rules they begin to corrupt their own process and through bias of the agency which makes them judicially bias because they are disqualifying the facts of a case or hearing, therefore violating equality of justice and violating separation of powers doctrine, therefore one cannot begin to get equal justice in an at law court and must Soley remove ourselves into a court of equity for our remedy with a fair unbiased trier of fact, truth and honor. The beneficiary who is the true owner of trust property ask this court for injunctive relief, Enforcement of Trust as well as a full accounting in this matter on behalf of the beneficiaries.

### Maxims of Equity/Principle of Equity

Maxims of equity are those principles developed by the court of chancery in its effort to ameliorate the hardship of common law. Through these maxims, the court of chancery found its way to escape the hardship of common law and provide fair and conscionable remedies where there is none.

Equity acts in personam
Equity acts on the conscience
Equity looks at intent rather than form
Equity will not suffer a wrong without a remedy
Equity does not recognize fiction
Equity will not fail for want of a trustee
He who seeks equity must do equity

### Prayer

Therefore, the beneficiaries ask this Court of Chancery to enforce the entitlement of full accounting and the Failure of the defendant(s) to comply within ten (10) days will be deemed as willful breach of fiduciary duty and delay, where the defendant(s) have misappropriated the trust res and failed to give a full accounting of trust res to the beneficial true owners.

Kristie Ann White, TTE of the RE 110418457 US "Trust"

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA


WILKINSBURG SCHOOL DISTRICT AND
WILKINSBURG BOROUGH,
Plaintiff,

       v.

Michael White
Defendant,

CIVIL DIVISION
NO. GD-24-014381


Filed on Behalf of Defendants:

Michael White

**Notice OF Removal to United States
District Court**


/s/ Kristie Ann White, Administrator, of Estate
Kristie Ann White, Administrator
2318 Collins Road
Pittsburgh, Pennsylvania [15235]
Email: WhiteEOEOffice@proton.me

**IN THE COURT OF COMMON PLEA OF ALLEGHENY COUNTY, PENNSYLVANIA**

Administrative Agency Action

Kristie Ann White, Administrator Ex Rel.
Michael White, George L. White Estate

    Petitioner(s),

    vs.

WILKINSBURG SCHOOL DISTRICT AND
WILKINSBURG BOROUGH
**Respondent(s):** Jennifer L. Cerce, Esq.- Attorney for Brungo & Maiello, LLP Firm #515,
Lawrence J. MaielloEsq.- Attorney for Maiello Brungo & Maiello, LLP Firm #515,
Lisa Ciccarelli-dba Tax Collector Borough of Wilkinsburg

    Respondent(s):

**Case No.:** [GD-24-014381]

### NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

**TO:** IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY and
**TO:** Jennifer L. Cerce, Esq. -Attorney at Maiello, Brungo & Maiello, LLP Firm #515
Lawrence J. Maiello, Esq.- Attorney at Maiello, Brungo & Maiello, LLP Firm #515
Lisa Ciccarelli-dba Tax Collector Borough of Wilkinsburg

**COMES NOW,** Kristie Ann White, Administrator, of George L.White Estate and Petitioner, and hereby gives formal notice to THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY that the above-captioned case is **removed** to the **United States District Court, pursuant to 28 U.S.C. § 1446** and the **Federal Rules of Civil Procedure.**

### I. BASIS FOR REMOVAL

1. **Federal Question Jurisdiction (28 U.S.C. §1331):** The matter at issue involves federal protections, constitutional rights, and obligations requiring adjudication in the United States District Court.
2. **Diversity Jurisdiction (28 U.S.C. §1332):** Petitioner(s) and Respondent reside in separate states, warranting removal under the principles of jurisdiction fairness.
3. **Procedural Compliance (28 U.S.C. §1446):** This Notice of Removal is timely filed within the statutory period, and all procedural requirements for removal have been satisfied.

## II. FORMAL NOTICE TO STATE COURT

1. **Pursuant to 28 U.S.C. § 1446(d),** Petitioner **removes this case** from THE COURT OF COMON PLEAS OF ALLEGHENY COUNTY PENNSYLVANIA to the United States Court Western District of Pennsylvania.
2. **All further proceedings in State Court are now stayed,** pending federal adjudication.
3. **Opposing Party is hereby notified** that jurisdiction is no longer vested in THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY OF PENNSYLVANIA and must proceed in federal court.

## III. RELIEF SOUGHT

1. **Immediate removal** of the case to United States District Court Western District of Pennsylvania
2. **Recognition of federal jurisdiction** over the claims presented.
3. **Stay of all state court proceedings** pending federal adjudication.

## CONCLUSION

WHEREFORE, Petitioner respectfully submits this **Notice of Removal,** formally **transferring jurisdiction from State Court to United States District Court**, ensuring proper adjudication under federal law and procedural fairness.

Respectfully submitted,

Kristie Ann White, Administrator Ex Rel. Michael White, George L. White Estate
2318 Collins Road
Pittsburgh, Pennsylvania [15235]
WhiteEOEOffice@proton.me

# **VERIFICATION**

As the Administrator of George L. White Estate, I verify that the Trust has interest in said property and is authorized to make these verifications on behalf of the Defendant for said property. The statement made is in the foregoing Notice to the court of pending Notice of Removal to United States District Court statement are true and correct to the best of my information, knowledge and belief.

Kristie Ann White, Administrator of Estate

Kristie Ann White, Administrator
2318 Collins Road
Pittsburgh, Pennsylvania 15235

9589 0710 5270 2974 5643 70

Retail

U.S. POSTAGE PAID
FCM LG ENV
PITTSBURGH, PA 15221
JUN 20, 2025

15219

$11.26

RDC 99

S2324H500688-03

UNITED STATES
POSTAL SERVICE®

Clerk of Court
United States District Court
Western District of Pennsylvania
700 Grant Street
Pittsburgh, P.A. 15219